**Sealed documents are no longer available in CM/ECF or via PACER.**

**Please contact the court directly to request access to the document.**

**Reference for court use only**

https://storage.gtwy.dcn:8443/v1/file/nced.2840517587.46550018.129221.json

Case 7:25-cr-00096-M-RN     Document 3     Filed 09/23/25     Page 1 of 1