IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:25-CR-00096-M

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JOHN BROADWAY,

       Defendant.

ORDER

This matter comes before the court on Defendant's Unopposed Motion for Leave to File

Sentencing Submission [DE 34] and Motion to Seal [DE 36]. For good cause shown, both motions

are GRANTED. Defendant's sentencing submission is allowed, and the Clerk of Court is directed

to maintain the filing at DE 35 under seal until further order of the court.

SO ORDERED this _____9th_____ day of June, 2026.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE